IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RODNEY JAMES REDMOND,

    Plaintiff,

v.

BRIAN NEUMAIER,
JASON WITTERHOLT,
TRACY JOHNSON and
STEVE HELGERSON,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-845-slc

---

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

_____      8/7/12
Peter Oppeneer, Clerk of Court          Date